IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:18-CR-133-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LESTER DEAN GEORGE | ) | |

This matter is before the Court on the Defendant's motion to seal Docket Entry 32. For good cause shown, Defendant's motion is hereby GRANTED.

It is hereby ORDERED that Docket Entry 32 be sealed.

This the __6__ day of __December__, 2018.

_____
TERRENCE W. BOYLE
Chief United States District Judge