IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-133-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| LESTER DEAN GEORGE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the defendant, and for good cause show, it is hereby **ORDERED** that Docket Entry Number 36 be withdrawn from the Court's Docket. This Order is without prejudice; Counsel for Defendant may refile, if appropriate.

**SO ORDERED.** This 28 day of December, 2018.

Terrence W. Bopyle
Chief United States District Judge